**Electronically Filed
Supreme Court
SCWC-16-0000460
18-MAY-2023
08:53 AM
Dkt. 33 OCOR**

SCWC-16-0000460

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CYRINA L. HEWITT,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000460; CASE NO. 3DTA-15-00745)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 15, 2023, is corrected as follows:

On page 6, sub-heading 1 shall be re-designated as sub-heading A.

On page 9, sub-heading 2 shall be re-designated as sub-heading B.

On page 10, sub-heading 3 shall be re-designated as sub-heading C.

On page 12, sub-heading 4 shall be re-designated as sub-heading D.

On page 23, line 3, "Id.," shall be deleted.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, May 18, 2023.

/s/ Sabrina S. McKenna

Associate Justice

